Fay Riddlesbarger, Appellee, v. Rufus Riddlesbarger, Appellant, and Lanteen Laboratories, Inc. et al., Defendants.

Gen. No. 44,218.

opinion filed December 30, 1948; released for publication January 18, 1949. Eckert & Peterson, for appellant; Tom Leeming, Richard V. Henry, Jr. and Lewis D. Spencer, of counsel; Arthur Abraham and Ralph J. Gutgsell, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.

Frank B. Orrico, Appellant, v. Milton A. Brown, Trading as Broadway Building and Construction Company, Appellee.

Gen. No. 44,597.